# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BOBBIE MCCOY**  PLAINTIFF

v.  Case No. 4:17-cv-00002-KGB

**DR. BEN S. CARSON SR., In His
Official Capacity as SECRETARY,
OF THE UNITED STATES DEPARTMENT
OF HOUSING AND URBAN DEVELOPMENT**  DEFENDANT

## ORDER

This matter is currently set for trial the week of December 16, 2019 (Dkt. No. 15). The Court has under advisement the motion for summary judgment filed by defendant Dr. Ben S. Carson, in his official capacity as Secretary of the United States Department of Housing and Urban Development (Dkt. No. 17). The Court also has before it the parties' joint motion to extend time to file trial briefs (Dkt. No. 27). The parties note that the Court's ruling on Secretary Carson's motion for summary judgment will determine whether the case will proceed to trial and what, if any, issues will be tried (*Id.*, ¶ 2). The parties wish to wait until the Court's ruling before they have to submit any trial briefings (*Id.*). For good cause shown, the Court grants the parties' joint motion to extend time to file trial briefs (Dkt. No. 27). Additionally, on its own motion, the Court removes this case from the trial calendar for the week of December 16, 2019, and suspends all currently pending pretrial deadlines. The Court will enter a new trial date and amended scheduling order by separate order, if necessary, after the Court rules on the pending motion for summary judgment.

So ordered this 25th day of November, 2019.

_____
Kristine G. Baker
United States District Judge