IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBIE MCCOY**                                                                                          **PLAINTIFF**

**v.**                                   **Case No. 4:17-cv-00002-KGB**

**DR. BEN S. CARSON SR., In His**
**Official Capacity as SECRETARY,**
**OF THE UNITED STATES DEPARTMENT**
**OF HOUSING AND URBAN DEVELOPMENT**                         **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that judgment is entered in favor of defendant Dr. Ben S. Carson Sr. in his official capacity as Secretary of the United States Department of Housing and Urban Development on plaintiff Bobbie McCoy's claims. Mr. McCoy's claims are dismissed with prejudice; the relief requested is denied.

So adjudged this 4th day of December, 2019.

                                                                             Kristine G. Baker
                                                                             United States District Judge